UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Manuel Michael Terrazas, ) | CASE NO.: 2:20-cv-09808-SVW-MAA |
| Plaintiff ) | JUDGMENT |
| vs. ) | |
| FCA US LLC, et al, ) | JS - 6 |
| Defendant. ) | |

Pursuant to the Offer of Judgment, and the Acceptance of Offer of Judgment, filed on January 6, 2021, judgment is entered for plaintiffs and against defendant, pursuant to the conditions set for in the Offer of Judgment.

DATE: January 19, 2021

*PM Cruz*
Clerk of the Court